# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NANCY M. CHAPMAN,

    Plaintiff

v.

MARIE CALLENDER PIE SHOPS, LLC,

    Defendant

Case No.: 2:18-cv-02246-APG-PAL

**Order Remanding Case to State Court**

Defendant Marie Callender Pie Shops, LLC removed this action on the basis of diversity jurisdiction. Because the notice of removal did not identify the citizenship of the members of defendant Marie Callender, I ordered it to show cause why this action should not be remanded for lack of subject matter jurisdiction. ECF No. 7. Marie Callender responded by listing all of its members, who are also limited liability companies or partnerships and some corporations. But Marie Callender does not identify the citizenship of the limited liability company or partnership members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Additionally, Marie Callender does not identify where the corporations are incorporated and have their principal place of business. *See* 28 U.S.C. § 1332(c)(1). As the party seeking to invoke this court's jurisdiction, the defendant bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015). Despite being given the chance, Marie Callender has not done so.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that this case is remanded to the state court from which it was removed.  The plaintiff's motion to remand **(ECF No. 3) is denied as moot**.  The clerk of the court shall close the file.

DATED this 21st day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE